JUDGE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO.  CR 05-318-JLR |
| Plaintiff, | ) | |
| vs. | ) | ORDER EXTENDING TIME TO FILE INDICTMENT |
| ALBERTO CAVERO-RIOS, | ) | |
| Defendant. | ) | |

The Court, having review the stipulation of the parties, and the defendant's agreement to extend the time for an indictment, finds as fact those facts stipulated to by counsel in that document, and hereby makes the following findings of fact:

1. A failure to grant the continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of Title 18, U.S.C. § 3161(h)(8)(B).

2. An extension of time in which to indict may result in the possible resolution of the case without an indictment and without trial.  Thus, the ends of justice will be served by ordering a continuance in this case, that a continuance is necessary to ensure effective trial preparation, and that these factors outweigh the best interests of the public in a more speedy trial, within the meaning of Title 18, U.S.C. § 3161(h)(8)(A).

IT IS HEREBY ORDERED that the time within which an indictment in this case must be filed against the defendant shall be extended from September 30, 2005 to

ORDER EXTENDING
TIME TO FILE INDICTMENT - 1
(Alberto Cavero-Rios CR05-318-JLR)

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington  98101
(206) 553-1100

October 30, 2005.

IT IS FURTHER ORDERED that the period of delay from September 30, 2005, through October 30, 2005, is excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161, et seq.

Dated this 3rd day of October, 2005.

_____
JAMES L. ROBART
United States District Judge

Presented by,

s/Nancy D. Tenney
Attorney for the Defendant
Federal Public Defender's Office
1601 Fifth Avenue, Suite 700
Seattle, WA   98101
206/553-1100
206/553-0120
Nancy_Tenney@fd.org

s/Jill Otake
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA   98101
206/553-7970
206/553-0755
Jill.Otake@usdoj.gov

ORDER EXTENDING
TIME TO FILE INDICTMENT - 2
(Alberto Cavero-Rios CR05-318-JLR)

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington  98101
(206) 553-1100